IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NO:

STEPHANIE ANN ROBELLO,

    Plaintiff,

vs.

CRAYOLA, LLC,

    Defendant.
_____ /

## COMPLAINT

COMES NOW Plaintiff, STEPHANIE ANN ROBELLO, and sues Defendant, CRAYOLA LLC., and alleges:

1. This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for *jurisdictional purposes only* (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

2. Plaintiff is a natural person residing in Orange County, Florida.

3.	At all times material to this action, CRAYOLA, LLC is a foreign limited liability company licensed to do business in the State of Florida.

4.	At all times material hereto, CRAYOLA, LLC., was the owner and in possession of that certain business located at 8001 S Orange Blossom Trail, Orlando, Florida, said business being that of a retail store, open to the general public, including the Plaintiff herein.

5.	On or about May 30, 2019, Plaintiff visited CRAYOLA, LLC's premises located at the above address to patron

6.	At said time and place, Plaintiff was a guest at the retail store, lawfully upon the premises of CRAYOLA, LLC., ant, who owed Plaintiff a duty to exercise reasonable care for his/her/their safety.

7.	At said time and place, CRAYOLA, LLC., breached its duty owed to Plaintiff by committing one or more of the following omissions or commissions:

a) Negligently failing to maintain or adequately maintain the floor, thus creating a hazardous condition to members of the public utilizing said floor, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

b) Negligently failing to inspect or adequately inspect the floor, as specified above, to ascertain whether the liquid substance constituted a hazard to pedestrians utilizing said floor, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the floor, when Defendant knew or through the exercise of reasonable care should have

      known that said floor was unreasonably dangerous and that Plaintiff was unaware of same; and

d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the floor on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a result, while Plaintiff was visiting Defendant's business, he/she/they slipped and fell on liquid substance, sustaining injuries as set forth.

9. As a direct and proximate result of the negligence of Defendant, Plaintiff suffered bodily injury in and about his/her/their body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, STEPHANIE ANN ROBELLO, sues the Defendant, CRAYOLA LLC., for damages and demands judgment in excess of Thirty Thousand and One Dollars ($30,001.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 3rd day of September, 2020

/s/ *Mario Romero*

Mario Romero
FBN: 0990639
Morgan & Morgan, P.A.
198 Broadway Avenue
Kissimmee, Florida 34741
Telephone:	(407) 452-6990
Facsimile:	(407) 452-6989
Primary email: Mromero@forthepeople.com
Secondary email: xmartinez@forthepeople.com
Tertiary email: Adasilva@forthepeople.com
Attorneys for Plaintiff